```
                                     2/05/15                    SETTLEMENT #    13104
           YANCEY, ALEX                                          COMPANY CHECK # 90361697
           7041 IVYU POINTE
           AUSTELL, GA  30168-USA


 Pro #            Description                     Additions  Deductions              Net

         1/28/15        REPAIR ESCROW                            100.00
                Other   FUEL TAX                                  64.92
                Other   FUEL CREDIT                               57.95-
         2/02/15Other   BT/029                                    11.53
         2/02/15Other   OCC/029-WOODARD                           31.38
         2/02/15Other   PD TRC/029                                 9.69
         2/02/15Other   IN-CAB UNIT DEDUCTION                      8.50
         2/05/15Other   TRLR 92-1517                             200.00
                                                                                  368.07-
1082333-00       Orig-TX MCGREGOR         Dest-FL FROSTPROOF                     3235-029
2347-002105-5    Lin HL  1818.18  @     .75000 PCT  1363.64
2347-002105-5    Accsrl  FUEL SURCHARGE EMBEDDED     281.82
2347-002105-5            Adv-CRD 700053487                       630.00   WOOD7617
2347-002105-5            Adv-CRD 420044396                       200.00   WOOD7617
2347-002105-5            SEC DEP/029                               5.43
2347-002105-5    Other   CARGO INSURANCE                           5.00
2347-002105-5    Other   TRUCKSTOP SCAN                            2.50
                                                                                  802.53

================================================================================

                        Revenue              1645.46
                        Reimbursements           .00             1645.46
                        Advances                                  830.00
                        Deductions                                381.00  1211.00
                                                                        ==========

                        *** CHECK AMT =====>                                434.46

 Amount not deducted              .00
```

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*   I M P O R T A N T   M E S S A G E   \*\*\*\*\*\*\*\*\*\*\*\*\*\***

Physical Due Notice - your current physical expires on 03/11/15. Call Safety Department with questions.

Inspection Due Notice: Your current Tractor inspection on unit 3235-029 expires on 03/01/15. Unit ineligible for dispatch after that date unless a valid inspection is forwarded to Safety Department.

```
2347-002105-5    ST MILES GALLONS    ST MILES GALLONS    ST MILES GALLONS TURNPK
1082333-00       AL     64           FL    482    69.4   LA    254
```

```
Universal Freight Systems, Inc.          CONTRACTOR SETTLEMENT                    PAGE    2
                              Authorized by DENISE MESCHINI
                                          2/05/15
                                                                   SETTLEMENT #      13104
            YANCEY, ALEX                                           COMPANY CHECK # 90361697
            7041 IVYU POINTE
            AUSTELL, GA  30168-USA


              MS      83           TX    422    172.7
                           *** FUEL TAX         6.97   *** USE TAX
```

```
                                               2/03/15                SETTLEMENT #    12001
                      YANCEY, ALEX                                    COMPANY CHECK # 90340703
                      7041 IVYU POINTE
                      AUSTELL, GA    30168-USA


 Pro #              Description                              Additions  Deductions          Net

         1-00       Orig-                      Dest-
                    Loan   CRD BLDUE-540074457                             309.44
                    Other  FUEL TAX                                         67.81
                    Other  FUEL CREDIT                                      43.15-
                    Other  HIGHWAY USE TAX                                   3.11
         1/26/15Other      OCC/021-YANCEY                                   31.38
         1/26/15Other      BT/021                                           11.53
         1/26/15Other      PD TRC/021                                       22.85
         2/02/15Other      OCC/021-YANCEY                                   31.38
         2/02/15Other      BT/021                                           11.53
         2/02/15Other      PD TRC/021                                       22.85
         1/12/15Other      TRLR 92-5073                                    175.00
                                                                                         643.73-
 1073399-00         Orig-GA DOUGLASVILLE       Dest-CO EVERGREEN                        3235-021
 2180-023021-9      Lin HL  2930.00  @   .75000 PCT   2197.50
 2180-023021-9      Accsrl FUEL 35% $1025.50          1025.50
 2180-023021-9              Adv-CRD 680068873                             1000.00       YANC9779
 2180-023021-9              Adv-CRD 710009046                              700.00       YANC9779
 2180-023021-9      Other  CARGO INSURANCE                                   5.00
 2180-023021-9      Other  TRUCKSTOP SCAN                                    2.50
                                                                                         1515.50

 ====================================================================================

                              Revenue              3223.00
                              Reimbursements            .00               3223.00
                              Advances                                    1700.00
                              Deductions                       651.23     2351.23
                                                                       ===========

                              *** CHECK AMT =====>                          871.77


 Amount not deducted                      .00




 2180-023021-9      ST MILES GALLONS  ST MILES GALLONS     ST MILES GALLONS TURNPK
 1073399-00         CO  229            GA  149    204.2    IL  187
                    KS  474            KY  109             MO  285     38.7
                    TN  210
                              *** FUEL TAX        24.66    *** USE TAX        3.11
```

```
Universal Truckload, Inc.        CONTRACTOR  SETTLEMENT              PAGE     1
                             Authorized by DENISE MESCHINI
                                       1/26/15
                                                        SETTLEMENT #      8600
         YANCEY, ALEX                                   COMPANY CHECK # 90267673
         7041 IVYU POINTE
         AUSTELL, GA   30168-USA


Pro #             Description                   Additions Deductions        Net

1055593-00     Orig-TX MIDLAND        Dest-TX HOUSTON                    3235-029
6185-003022-1  Lin HL    776.00 @     .75000 PCT    582.00
6185-003022-1  Accsrl 100.00 FUEL SURCHARGE        100.00
6185-003022-1         SEC DEP/029                              25.00
6185-003022-1  Other  TRUCKSTOP SCAN                            2.50
                                                                          654.50

==============================================================================

                              Revenue            682.00
                              Reimbursements        .00               682.00
                              Advances                          .00
                              Deductions                      27.50    27.50
                                                                    ==========

                         *** CHECK AMT =====>                          654.50


   Amount not deducted                 .00




          ***************      I M P O R T A N T    M E S S A G E   ***************

   Physical Due Notice - your current physical expires on 03/11/15. Call
   Safety Department with questions.

   Inspection Due Notice - your current tractor inspection on unit 3235-029
   expires on 03/01/15.




6185-003022-1       ST MILES GALLONS   ST MILES GALLONS      ST MILES GALLONS TURNPK
1055593-00
                             *** FUEL TAX         .00   *** USE TAX
```

```
Universal Truckload, Inc.                                                            PAGE    1
                         Authorized by DENISE SCHINI
                                           1/20/15                   SETTLEMENT #     6037
                    YANCEY, ALEX                                     COMPANY CHECK # 90205360
                    7041 IVYU POINTE
                    AUSTELL, GA  30168-USA


  Pro #           Description                       Additions Deductions            Net

         12/15/14 Loan   LOAN - STEER TIRES                     250.00
                  Other  FUEL TAX                               120.56
                  Other  FUEL CREDIT                             60.90-
                  Other  HIGHWAY USE TAX                          7.04
         1/12/15  Other  IRP/15/021                              85.00
         1/19/15  Other  IRP/15/021                              85.00
         12/22/14 Other  OCC/021-YANCEY 2 WKS OL                 62.76
         12/22/14 Other  BT/021 2 WKS OLD                        23.06
         12/22/14 Other  PD TRC/021 2WKS - OLD                   45.70
         1/12/15  Other  OCC/021-YANCEY                          31.38
         1/12/15  Other  BT/021                                  11.53
         1/12/15  Other  PD TRC/021                              22.85
         1/19/15  Other  OCC/021-YANCEY                          31.38
         1/19/15  Other  BT/021                                  11.53
         1/19/15  Other  PD TRC/021                              22.85
         12/15/14 Other  TRLR 92-5073                           175.00
         12/29/14 Other  TRLR 92-5073                           175.00
                                                                                  1099.74-
1037973-00       Orig-PA DUQUESNE        Dest-TX MIDLAND                          3235-021
6185-003001-5    Lin HL  4789.00 @   .75000 PCT  3591.75
6185-003001-5    Accsrl FUEL SURCHARGE            740.00
6185-003001-5           Adv-CRD 560002591                      1000.00    YANC9779
6185-003001-5           Adv-CRD 570055494                       800.00    YANC9779
6185-003001-5           Adv-CRD 590094217                        60.00    YANC9779
6185-003001-5    Other  CARGO INSURANCE                           5.00
6185-003001-5    Other  TRUCKSTOP SCAN                            2.50
                                                                                  2464.25

===============================================================================

                              Revenue            4331.75
                              Reimbursements         .00                          4331.75
                              Advances                         1860.00
                              Deductions                       1107.24            2967.24
                                                                                ==========

                         *** CHECK AMT =====>                                     1364.51

 Amount not deducted                    .00



6185-003001-5    ST MILES GALLONS   ST MILES GALLONS    ST MILES GALLONS TURNPK
1037973-00       AL    119          AR    290           FL     69
```

```
Universal Wholesale, Inc    CONTRACTOR SETTLEMENT       PAGE    2
                    Authorized by: DENIS MESCHINI
                                1/20/15              SETTLEMENT #    6037
         YANCEY, ALEX                             COMPANY CHECK # 90205360
         7041 IVYU POINTE
         AUSTELL, GA   30168-USA


         GA   254          KY   247          NC   133
         OH   249          PA   119          SC   120      195.0
         TN   274   137.3  TX   533          VA    76
         WV   265
                    *** FUEL TAX    66.01  *** USE TAX       7.04
```

Universal Claims Inc.  CONTRACTOR SETTLEMENT  PAGE 2
Authorized by DENISE MESCHINI
2/03/15                          SETTLEMENT #    12001
                                 COMPANY CHECK # 90340703

YANCEY, ALEX
7041 IVYU POINTE
AUSTELL, GA   30168-USA