**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In Re:

**Alex Warren Yancey**  Case No.: **15–53615–bem**
Chapter: **13**
Judge: **Barbara Ellis–Monro**

## *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on 2/27/15, contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

**To be filed by 03/06/15**
None Apply

**To be Filed by 03/13/15**
Statement of Financial Affairs (Official Form B7)
Schedules A thru J (Official Forms B6A – B6J)
Summary of Schedules (Official Form B6), Page 1
Statistical Summary of Certain Liabilities (Official Form B6)
Declaration Concerning Debtor's Schedules (Official Form B6)
Attorney Disclosure of Compensation Form (Official form B203)
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B 22 C 1) and/or Chapter 13 Calculation of Your Disposable Income (Form B22 C 2)
Chapter 13 Plan, complete with signatures

**To be filed by 03/29/15**
None Apply

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

Dated: 3/2/15                                                                              M. Regina Thomas
                                                                                                      Clerk of Court

Form 430a December 2014                                                    By: Tamra Campbell
                                                                                                             Deputy Clerk