**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In Re:
    **Alex Warren Yancey**　　　　　　　　Case No.: **15–53615–bem**
                                            Chapter: **13**
                                            Judge: **Barbara Ellis–Monro**

# *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on 2/27/15, contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

**To be filed by 03/06/15**
None Apply

**To be Filed by 03/13/15**
Statement of Financial Affairs (Official Form B7)
Schedules A thru J (Official Forms B6A – B6J)
Summary of Schedules (Official Form B6), Page 1
Statistical Summary of Certain Liabilities (Official Form B6)
Declaration Concerning Debtor's Schedules (Official Form B6)
Attorney Disclosure of Compensation Form (Official form B203)
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B 22 C 1) and/or Chapter 13 Calculation of Your Disposable Income (Form B22 C 2)
Chapter 13 Plan, complete with signatures

**To be filed by 03/29/15**
None Apply

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

Dated: 3/2/15　　　　　　　　　　　　　　　　　　M. Regina Thomas
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Form 430a December 2014　　　　　　　　　　　　　By: Tamra Campbell
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                Case No. 15-53615-bem
Alex Warren Yancey                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: campbelt          Page 1 of 1          Date Rcvd: Mar 02, 2015
                              Form ID: 430a           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2015.
db          +Alex Warren Yancey,    501 River Walk,    Douglasville, GA 30134-6017
aty         +E. L. Clark,    Clark & Washington, P.C.,    Bldg. 3,    3300 Northeast Expwy.,
              Atlanta, GA 30341-3934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2015 at the address(es) listed below:
              E. L. Clark    on behalf of Debtor Alex Warren Yancey ecfnotices@cw13.com,    cwatlantabk@gmail.com
                                                                                             TOTAL: 1