UNITED STATES BANKRUPTCY COURT
NORTH DISTRICT OF GEORGIA
**REQUEST FOR
CHANGE OF ADDRESS**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2015 MAR 10 PM 2: 09

M. REGINA THOMAS
CLERK

CASE NAME: <u>ALEX WARREN YANCEY</u>

CASE NO.: <u>15-53615</u>

CHANGE FOR

DEBTOR _____     CREDITOR __X__     ATTORNEY _____

CHANGE IN REGARDS TO:

NAME & ADDRESS WHERE **NOTICES** SHOULD BE SENT ___X___

NAME & ADDRESS WHERE **PAYMENTS** SHOULD BE SENT ___X___

BOTH __X__

NOTE: (For Attorneys Only)     IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE:      <u>03/03/2015</u>

BAR I.D. NUMBER:

NAME:                                   <u>MISSION FINANCIAL SERVICES</u>
                                              (Please Print)

NEW ADDRESS:                      <u>PO BOX 2049</u>

                                              <u>CORONA, CA 92878</u>

                                              <u>ATTN: D. LEEVER</u>

                                              <u>(714) 974-9700 x 236</u>
                                              (Telephone Number)

*****************************************************************************

NAME:          DELTE:          Mission Financial Services

**PREVIOUS ADDRESS:**          34225 N. 27TH DR., BLDG. 1

                                              PHOENIX, AZ 85085-6088

CHANGE OF ADDRESS WAS FURNISHED     BY _____ D. LEEVER, BK MGR

DATE:                                        03/03/2015

F6 5 (change. add) 05/ 02