PLEASE TYPE OR PRINT

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2015 MAR 17  PM 3: 08

M. REGINA THOMAS
CLERK

*[signature]* Joe Cook
DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: __ALEX WARREN YANCEY__

Case No.: __15-53615__    Chapter: __13__

**Change of Address for:**
Debtor ☐   Creditor ☐   Attorney for Debtor ✓   Attorney for Creditor ☐

**Change for:**
Notices ONLY ✓   Payments ONLY ✓   Notices and Payments ✓

EFFECTIVE DATE OF CHANGE: __3/13/2015__

Name: __CALFUND LLC__

Prior Address: __PO BOX 70340__
__LOS ANGELES, CA 90070__

*******************************************************************

New Address: __CALFUND LLC__
__807 E 12TH ST. #213__
__LOS ANGELES, CA 90021__

Change of Address Was Furnished By:   Debtor ☐   Creditor ✓   Attorney ☐

Date: __3/13/2015__    Signature of Filer: __[signature]__
Telephone Number: __(213)747-4949__

| IF FILED BY ATTORNEY |

Attorney Name: 

Bar ID:
Address:

Revised August 2012