```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

IN RE:  ALEX W. YANCEY,           {    CHAPTER 13
                                  {
                                  {
         DEBTOR(S)                {    CASE NO. A15-53615-BEM
                                  {
                                  {    JUDGE   ELLIS-MONRO

## OBJECTION TO CONFIRMATION

    COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1. The Debtor(s)' payment under the proposed plan are not current.

    2. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

    3. Tax escrow slips have not been submitted, to reflect a tax withholding obligation of $345.00 per month; thereby, failing to substantiate the funding of post-petition obligations, 11 U.S.C. Section 1325(a)(6).

    4. Pursuant to information received from the Meeting of Creditors, 2013-2014 tax return(s) have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Section 1322(d) and 1325(a)(6).

    5. The Debtor(s) has failed to provide adequate notice to Universal Truck Load, Internal Revenue Service and Georgia Department of Revenue, in violation of 11 U.S.C. Section 342.

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
Sonyab@atlch13tt.com

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

    April 8, 2015

```
                                  _____/s_____
                                  Sonya M. Buckley, Esq.
                                  for Chapter 13  Trustee
                                  GA Bar No. 140987
```

Mary Ida Townson, Chapter 13 Trustee  
Suite 2200  
191 Peachtree Street, N.E.  
Atlanta, GA 30303-1740  
404-525-1110  
Sonyab@atlch13tt.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

ALEX W. YANCEY
501 RIVER WALK
DOUGLASVILLE, GA 30134

ATTORNEY FOR DEBTOR(S):

CLARK & WASHINGTON
3300 NE EXPRESSWAY BLDG 3
ATLANTA, GA 30341

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 8th   day of April, 2015

_____/s_____
Sonya M. Buckley, Esq.
for Chapter 13   Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
Sonyab@atlch13tt.com