**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

In Re:  Debtor(s)
    **Alex Warren Yancey**

Case No.: **15−53615−bem**

Chapter:  **13**

### NOTICE TO DEBTOR
### THAT COURSE ON FINANCIAL MANAGEMENT
### IS REQUIRED TO RECEIVE DISCHARGE

    Upon review of the docket in the above−styled case, it appears that Debtor or Debtors (hereinafter "Debtor") has not filed Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) showing that Debtor has completed the personal financial management course or is exempt. Sections 727(a)(11), 1141(d)(3)(C), and 1328(g) of Title 11, U.S.Code, require an individual debtor in a Chapter 7, 11, or 13 case to complete an instructional course on personal financial management after filing the case unless Debtor obtains an order granting an applicable exemption provided by §109(h)(4). **To comply with the course requirement, a debtor must timely file Form 23 with the Clerk's office.** *See* Interim Bankruptcy Rule 1007(b) and (c) and Official Form 23 (12/13). Failure to timely file Form 23 may result in the case being closed without Debtor receiving a discharge.

    A **Chapter 7** debtor must file Form 23 within 60 days after the first date set for the meeting of creditors. **Chapter 11 and 13** debtors must file Form 23 no later than the date the last payment is made as required by the plan or the date a motion for entry of discharge is filed. If Debtor subsequently files a motion to reopen the case in order to file Form 23, Debtor must pay the appropriate fee to reopen the case. **THIS NOTICE WILL BE THE ONLY REMINDER ABOUT THE COURSE REQUIREMENT.**

    This Notice will be served upon the Debtor, counsel for Debtor, and the Trustee.

Dated:  May 28, 2015

**\*\* Mailing Address**
 United States Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 417 (Effective 12/01/2010)

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 15-53615-bem
Alex Warren Yancey                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9         User: flanagan           Page 1 of 1              Date Rcvd: May 28, 2015
                             Form ID: 417             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2015.
db          +Alex Warren Yancey,    501 River Walk,    Douglasville, GA 30134-6017
aty         +E. L. Clark,    Clark & Washington, P.C.,    Bldg. 3,    3300 Northeast Expwy.,
              Atlanta, GA 30341-3934
tr          +Mary Ida Townson,    Chapter 13 Trustee,    Suite 2200,    191 Peachtree Street, NE,
              Atlanta, GA 30303-1770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2015 at the address(es) listed below:
      E. L. Clark    on behalf of Debtor Alex Warren Yancey ecfnotices@cw13.com,   cwatlantabk@gmail.com
      Mary Ida Townson    courtdailysummary@atlch13tt.com
                                                                                                                                                                                                                       TOTAL: 2