UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

Atlanta Division

In Re:  Debtor(s)
    **Alex Warren Yancey**
    501 River Walk
    Douglasville, GA 30134

    xxx–xx–9779

Case No.: **15–53615–bem**
Chapter: **13**
Judge: **Barbara Ellis–Monro**

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

**IT IS SO ORDERED.**

Barbara Ellis–Monro
United States Bankruptcy Judge

Dated:  July 29, 2015
Form 133

United States Bankruptcy Court
Northern District of Georgia

In re:                                                              Case No. 15-53615-bem
Alex Warren Yancey                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: washingto          Page 1 of 1           Date Rcvd: Jul 29, 2015
                              Form ID: 133             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2015.
```
db           +Alex Warren Yancey,    501 River Walk,    Douglasville, GA 30134-6017
tr           +Mary Ida Townson,    Chapter 13 Trustee,    Suite 2200,    191 Peachtree Street, NE,
               Atlanta, GA 30303-1770
18848595     +Aaron's Sales & Lease to Own,    6125 Fairburn Rd,    Douglasville, GA 30134-1929
19147197     +Aaron's, Inc.,    2800 Canton Road, Suite 900,    Marietta, GA 30066-5477
18848597     +American Credit Acceptance,    961 E. Main St.,    2nd Floor,    Spartanburg, SC 29302-2185
18848599    ++CARTER YOUNG INC,    882 N MAIN STREET,    SUITE 120,    CONYERS GA 30012-4442
              (address filed with court: Collectron Of Atlanta/Carter-Young,    Attention: Bankruptcy,
               Po Box 82269,    Conyers, GA 30013)
18848598     +Calfund, LLC,    807 E 12th St. #213,    Los Angeles, CA 90021-2178
18848600     +Edc/national Era Servi,    2902 W Lutz Fern Rd,    Lutz, FL 33558-4903
18848602     +Mission Financial Services,    ATTN: D. Leever,    PO Box 2049,    Corona, CA 92878-2049
18848603     +Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
18848604     +RCI Trucks,    281 Mt. Zion Road, SW,    Atlanta, GA 30354-1244
18848605      Simone Heard,    5191 Clark Street,    Austell, GA 30106
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18848596     +E-mail/PDF: recoverybankruptcy@afninet.com Jul 29 2015 20:41:19     Afni, Inc.,    Po Box 3097,
               Bloomington, IL 61702-3097
19043102     +Fax: 912-629-1539 Jul 29 2015 21:48:25     EquityAuto Loan, LLC d/b/a Instaloan,
               15 Bull Street, Suite 200,    Savannah, GA 31401-2686
19125411      E-mail/Text: brnotices@dor.ga.gov Jul 29 2015 20:44:13     Georgia Department of Revenue,
               Accounts Receivable Collection Section,    1800 Century Blvd NE,    Suite 9100,
               Atlanta, GA 30345
19125412      E-mail/Text: cio.bncmail@irs.gov Jul 29 2015 20:43:58     IRS,    401 W. Peachtree St NW,
               Stop 334-D,    Room 400,    Atlanta, GA 30308
18848601     +Fax: 912-629-1539 Jul 29 2015 21:48:25     Instaloan,    15 Bull Street Suite 200,
               Savannah, GA 31401-2686
18883194      E-mail/Text: appebnmailbox@sprint.com Jul 29 2015 20:44:25     Sprint Corp.,
               Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
19141565     +E-mail/Text: usagan.bk@usdoj.gov Jul 29 2015 20:44:19     U. S. Attorney,
               600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta GA 30303-3315
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Calfund LLC,    807 E. 12th St.,    #213,    Los Angeles, CA 90021-2178
cr*          +Mission Financial Services,    ATTN: D. Leever,    PO Box 2049,    Corona, CA 92878-2049
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2015 at the address(es) listed below:
```
              E. L. Clark    on behalf of Debtor Alex Warren Yancey ecfnotices@cw13.com,   cwatlantabk@gmail.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
                                                                                             TOTAL: 2
```