

IT IS ORDERED as set forth below:

Date: September 30, 2015

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ALEX WARREN YANCEY, | ) | CASE NO. 15-53615-bem |
| | ) | |
| Debtor. | ) | |
| | ) | |
| NATIONAL ERA SERVICING, LLC, | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| vs. | ) | |
| | ) | |
| ALEX WARREN YANCEY, Debtor | ) | |
| and MARY IDA TOWNSON, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The above-styled Motion was called for a hearing on September 15, 2015, upon Notice of Hearing to each of the above-captioned parties of interest. The Motion was unopposed by the Debtor, the Trustee, and any other interested party. Accordingly:

**IT IS HEREBY ORDERED** that the 11USC §362(a) automatic stay is modified

for Movant herein, their successors, and assigns, regarding the real property located at 501 River Walk, Douglasville, GA 30134.

**FURTHER ORDERED** that Movant, their successors and assigns, may assert their rights, including, but not limited to, the resumption, initiation, and completion of an action for eviction, the collection of reasonable fees, and may assert all of their respective rights and remedies under the applicable law, as to the real property located at 501 River Walk, Douglasville, GA 30134. Notwithstanding the broad language in this paragraph, the stay is modified only to permit Movant to resume, initiate, and complete an action for eviction and recover possession of their real property, and not to collect any debt discharged or dischargeable in this case.

**FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]


PREPARED AND PRESENTED BY:


/s/ Shannon D. Sneed
Shannon D. Sneed, Bar No. 665610
SHANNON D. SNEED & ASSOCIATES, P.C.
P.O. Box 1245
2112 Lee Street
Covington, Georgia 30015
(770) 788-0011 *Telephone*
(770) 788-1702 *facsimile*
bankruptcy@sneedlaw.net
*Attorneys for NATIONAL ERA SERVICING, LLC*

NO OPPOSITION:

s/ SONYA BUCKLEY, BY EXPRESS PERMISSION

Sonya Buckley Ga. Bar No. 140987
Attorney for Mary Ida Townson, Esq.
Standing Chapter 13 Trustee
Suite 2200
191 Peachtree Street NE
Atlanta, GA 30303

DISTRIBUTION LIST

Shannon D. Sneed
P.O. Box 1245
2112 Lee Street
Covington, GA 30015

Alex Warren Yancey
501 River Walk
Douglasville, GA 30134

E.L. Clark
Clark & Washington, PC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street NE
Atlanta, GA 30303-1740