**IT IS ORDERED as set forth below:**

**Date: September 30, 2015**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| ALEX WARREN YANCEY, ) | CASE NO. 15-53615-bem |
| ) | |
| Debtor. ) | |
| _____) | |
| NATIONAL ERA SERVICING, LLC, ) | |
| Movant, ) | CONTESTED MATTER |
| ) | |
| vs. ) | |
| ) | |
| ALEX WARREN YANCEY, Debtor ) | |
| and MARY IDA TOWNSON, Trustee, ) | |
| ) | |
| Respondents. ) | |
| _____) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The above-styled Motion was called for a hearing on September 15, 2015, upon Notice of Hearing to each of the above-captioned parties of interest. The Motion was unopposed by the Debtor, the Trustee, and any other interested party. Accordingly:

**IT IS HEREBY ORDERED** that the 11USC §362(a) automatic stay is modified

for Movant herein, their successors, and assigns, regarding the real property located at 501 River Walk, Douglasville, GA 30134.

**FURTHER ORDERED** that Movant, their successors and assigns, may assert their rights, including, but not limited to, the resumption, initiation, and completion of an action for eviction, the collection of reasonable fees, and may assert all of their respective rights and remedies under the applicable law, as to the real property located at 501 River Walk, Douglasville, GA 30134. Notwithstanding the broad language in this paragraph, the stay is modified only to permit Movant to resume, initiate, and complete an action for eviction and recover possession of their real property, and not to collect any debt discharged or dischargeable in this case.

**FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]


PREPARED AND PRESENTED BY:


/s/ Shannon D. Sneed
Shannon D. Sneed, Bar No. 665610
SHANNON D. SNEED & ASSOCIATES, P.C.
P.O. Box 1245
2112 Lee Street
Covington, Georgia 30015
(770) 788-0011 *Telephone*
(770) 788-1702 *facsimile*
bankruptcy@sneedlaw.net
*Attorneys for NATIONAL ERA SERVICING, LLC*

NO OPPOSITION:

<u>s/ SONYA BUCKLEY, BY EXPRESS PERMISSION</u>

Sonya Buckley Ga. Bar No. 140987
Attorney for Mary Ida Townson, Esq.
Standing Chapter 13 Trustee
Suite 2200
191 Peachtree Street NE
Atlanta, GA 30303

DISTRIBUTION LIST

Shannon D. Sneed
P.O. Box 1245
2112 Lee Street
Covington, GA 30015

Alex Warren Yancey
501 River Walk
Douglasville, GA 30134

E.L. Clark
Clark & Washington, PC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street NE
Atlanta, GA 30303-1740

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                          Case No. 15-53615-bem
Alex Warren Yancey                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: flanagan           Page 1 of 1             Date Rcvd: Oct 01, 2015
                              Form ID: pdf401          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2015.
db         +Alex Warren Yancey,   501 River Walk,   Douglasville, GA 30134-6017
aty        +Shannon D Sneed,   Shannon D. Sneed & Associates PC,   2112 Lee Street,   P. O. Box 1245,
             Covington, GA 30015-1245
tr         +Mary Ida Townson,   Chapter 13 Trustee,   Suite 2200,   191 Peachtree Street, NE,
             Atlanta, GA 30303-1770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2015 at the address(es) listed below:
              E. L. Clark    on behalf of Debtor Alex Warren Yancey ecfnotices@cw13.com,   cwatlantabk@gmail.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
              Shannon D Sneed    on behalf of Creditor   National ERA Servicing, LLC bankruptcy@sneedlaw.net
                                                                                             TOTAL: 3