# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:  Debtor(s)
**Alex Warren Yancey**
501 River Walk
Douglasville, GA 30134

**xxx–xx–9779**

Case No.: **15–53615–bem**
Chapter:  **13**
Judge:  **Barbara Ellis–Monro**

## ORDER OF DISMISSAL

The Chapter 13 Trustee's Motion to Dismiss came before the Court and

After hearing, it appears that the Debtor(s) is in material default with respect to the provisions of the confirmed plan. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____
Barbara Ellis–Monro
United States Bankruptcy Judge

Dated: November 5, 2015

Form 163

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 15-53615-bem
Alex Warren Yancey                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: washingto          Page 1 of 1          Date Rcvd: Nov 05, 2015
                             Form ID: 163              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2015.
db          +Alex Warren Yancey,    501 River Walk,    Douglasville, GA 30134-6017
aty         +Shannon D Sneed,    Shannon D. Sneed & Associates PC,    2112 Lee Street,    P. O. Box 1245,
             Covington, GA 30015-1245
tr          +Mary Ida Townson,    Chapter 13 Trustee,    Suite 2200,    191 Peachtree Street, NE,
             Atlanta, GA 30303-1770
cr          +National ERA Servicing, LLC,    1308 Crane Ct.,    McDonough, GA 30252-6661
19147197    +Aaron's, Inc.,    2800 Canton Road, Suite 900,    Marietta, GA 30066-5477
18848599   ++CARTER YOUNG INC,    882 N MAIN STREET,    SUITE 120,    CONYERS GA 30012-4442
             (address filed with court: Collectron Of Atlanta/Carter-Young,    Attention: Bankruptcy,
             Po Box 82269,    Conyers, GA 30013)
18848598    +Calfund, LLC,    807 E 12th St. #213,    Los Angeles, CA 90021-2178
18848600    +Edc/national Era Servi,    2902 W Lutz Fern Rd,    Lutz, FL 33558-4903
18848602    +Mission Financial Services,    ATTN: D. Leever,    PO Box 2049,    Corona, CA 92878-2049
18848603    +Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
18848604    +RCI Trucks,    281 Mt. Zion Road, SW,    Atlanta, GA 30354-1244
18848605     Simone Heard,    5191 Clark Street,    Austell, GA 30106
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18848595    +EDI: AAEO.COM Nov 05 2015 20:33:00     Aaron's Sales & Lease to Own,    6125 Fairburn Rd,
             Douglasville, GA 30134-1929
18848596    +EDI: AFNIRECOVERY.COM Nov 05 2015 20:33:00     Afni, Inc.,    Po Box 3097,
             Bloomington, IL 61702-3097
18848597    +EDI: ACBK.COM Nov 05 2015 20:33:00     American Credit Acceptance,    961 E. Main St.,
             2nd Floor,    Spartanburg, SC 29302-2185
19043102    +Fax: 912-629-1539 Nov 05 2015 23:14:47     EquityAuto Loan, LLC d/b/a Instaloan,
             15 Bull Street, Suite 200,    Savannah, GA 31401-2686
19125411     EDI: GADEPTOFREV.COM Nov 05 2015 20:33:00     Georgia Department of Revenue,
             Accounts Receivable Collection Section,    1800 Century Blvd NE,    Suite 9100,
             Atlanta, GA 30345
19249335    +EDI: IRS.COM Nov 05 2015 20:33:00     INTERNAL REVENUE SERVICE,    P O BOX 7346,
             2970 MARKET STREET,    PHILADELPHIA, PA 19104-5002
18848601    +Fax: 912-629-1539 Nov 05 2015 23:14:47     Instaloan,    15 Bull Street Suite 200,
             Savannah, GA 31401-2686
18883194     EDI: NEXTEL.COM Nov 05 2015 20:33:00     Sprint Corp.,    Attn Bankruptcy Dept,    PO Box 7949,
             Overland Park KS 66207-0949
19141565    +E-mail/Text: usagan.bk@usdoj.gov Nov 05 2015 21:04:40     U. S. Attorney,
             600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta GA 30303-3315
                                                                                        TOTAL: 9


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Calfund LLC,    807 E. 12th St.,    #213,    Los Angeles, CA 90021-2178
cr*         +Mission Financial Services,    ATTN: D. Leever,    PO Box 2049,    Corona, CA 92878-2049
19125412*    IRS,    401 W. Peachtree St NW,    Stop 334-D,    Room 400,    Atlanta, GA 30308
                                                                            TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2015                           Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2015 at the address(es) listed below:
              E. L. Clark    on behalf of Debtor Alex Warren Yancey ecfnotices@cwl3.com,    cwatlantabk@gmail.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
              Shannon D Sneed    on behalf of Creditor    National ERA Servicing, LLC bankruptcy@sneedlaw.net
                                                                                        TOTAL: 3