**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia

In Re:  Debtor(s)
    **Alex Warren Yancey**
    501 River Walk
    Douglasville, GA 30134

xxx−xx−9779

Case No.: **15−53615−bem**
Chapter: **13**
Judge: **Barbara Ellis−Monro**

## ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

    It appearing that the case of the above−named Debtor(s) was dismissed by Order of this Court, and

    It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

Barbara Ellis−Monro
United States Bankruptcy Judge

Dated: December 15, 2015

Form 176

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 15-53615-bem
Alex Warren Yancey                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: rodriguez              Page 1 of 1              Date Rcvd: Dec 15, 2015
                              Form ID: 176                 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2015.
db          +Alex Warren Yancey,   501 River Walk,   Douglasville, GA 30134-6017
tr          +Mary Ida Townson,   Chapter 13 Trustee,   Suite 2200,   191 Peachtree Street, NE,
              Atlanta, GA 30303-1770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2015 at the address(es) listed below:
              E. L. Clark    on behalf of Debtor Alex Warren Yancey ecfnotices@cw13.com,   cwatlantabk@gmail.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
              Shannon D Sneed    on behalf of Creditor   National ERA Servicing, LLC bankruptcy@sneedlaw.net
                                                                                             TOTAL: 3